UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

_____

| | |
|---|---|
| KIRK R. MOLDER, | JUDGMENT IN A CIVIL CASE |
| Petitioner, | Case No. CV 13-59-GF-DWM-JTJ |
| vs. | |
| LEROY KIRKEGARD, et al., | |
| Respondents. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the respondents and against the petitioner and that this action is DISMISSED.

Dated this 23rd day of January, 2017.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk